NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUDREY S. WAGSTAFF,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5136

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00466-SGB, Judge Susan G. Braden.

---

**ON MOTION**

---

**O R D E R**

Audrey S. Wagstaff moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                           WAGSTAFF v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24